COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:    In the Interest of M.P.B and L.C.B., children

Appellate case number:    01-19-00973-CV

Trial court case number:    2018-04477J

Trial court:    313th District Court of Harris County

      Appellant, B.A., requests an extension until February 29, 2020 to file her brief. Appellant's extension is **granted.**

      It is so ORDERED.

Judge's signature: _____/s/ Russell Lloyd_____
                    Acting individually


Date: February 4, 2020